(94 South. 393)

No. 25517.

STATE v. McGEE et al.

In re McGEE.

(Oct. 30, 1922.)

Mable McGee and another were indicted for an offense, and apply for writs of prohibition and certiorari to prevent trial during the vacation period. Writs previously issued recalled.

Stephens & Cagle and Nettles & Bethard, all of Coushatta, for relators.

By the WHOLE COURT.

OVERTON, J. This case is, in all essential particulars, identical with that of State of Louisiana v. Amos White (No. 25516) 94 South. 392,[1] in which a decree was this day rendered, and therefore, for the reasons there assigned, the writs of prohibition and certiorari issued herein are recalled.

Writs recalled.